IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00239-WYD-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ADEJUNTE LEONARDO COMER,

    Defendant.

---

**ORDER DISMISSING VIOLATIONS AND
CONTINUING SUPERVISED RELEASE**

---

THIS MATTER was before the Court for a supervised release violation hearing on September 18, 2008, upon a report of the probation officer that the defendant had violated the terms and conditions of his supervision. The Court ordered that the violation hearing be continued until March 20, 2009, and that the defendant be placed back on supervised release with home detention for a period of four (4) months.

THE COURT, having heard statements by the defendant, defense counsel, counsel for the government, and the probation officer, determines that the defendant has been compliant and therefore dismisses all of the alleged violations, and

ORDERS that the defendant continue on supervised release.

DATED at Denver, Colorado, this 31st day of March, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
Chief United States District Judge